842 F.2d 331
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
Carolyn Jones EBRON, Plaintiff-Appellant,
v.
VETERANS ADMINISTRATIONS HOSPITAL; Leroy Cossit; Norma
Hamel, Defendants-Appellees.
 No. 87-6095.
 United States Court of Appeals, Sixth Circuit.
 March 14, 1988.
 
 1
 Before KRUPANSKY and WELLFORD, Circuit Judges, and GILMORE, District Judge.*
 
 ORDER
 
 2
 This case has been referred to a panel of this court pursuant to Rule 9(a), Rules of the Sixth Circuit. Upon review of the record and the briefs, this panel unanimously agrees that oral argument is not needed. Fed.R.App.P. 34(a).
 
 
 3
 Upon review, for the reasons set forth in the magistrate's report of September 17, 1987, as adopted by the district court, we hereby affirm the district court's judgment. Rule 9(b)(5), Rules of the Sixth Circuit.
 
 
 
 *
 The Honorable Horace W. Gilmore, U.S. District Judge for the Eastern District of Michigan, sitting by designation